| | | FILED |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | |
| FOR THE NINTH CIRCUIT | | MAY 28 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>ALEXANDER SMIRNOV,<br><br>    Defendant - Appellant. | No. 24-1133<br><br>D.C. No.<br>2:24-cr-00091-ODW-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before:    CANBY, TASHIMA, and KOH, Circuit Judges.

We treat appellant's "Petition for Rehearing with Suggestion for Rehearing En Banc" (Docket Entry No. 15) as a motion for reconsideration and motion for reconsideration en banc. So treated, the motion for reconsideration is denied, and the motion for reconsideration en banc is denied on behalf of the court. *See* 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11.